UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Sandra Perez__   JOINT DEBTOR: _____   CASE NO.: __17-10780-AJC__
Last Four Digits of SS# __8503__   Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__1,793.52__ for months __1__ to __60__;
B. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:   Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00  TOTAL PAID $ 1,900.00
                  Balance Due - $1,750.00  payable $ 350.00 /month (Months __1__ to __5__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __Lucia Guevara (H/s-Mtg)__       Final Judgment Amount $ 68,201.96 x 8 % = $82,973.40
Address: __574 Beach Rd__            Payment   $1,199.36/month (Months __1__ to __5__)
         __Tavernier, FL 33070__     Payment   $1,399.57/month (Months __6__ to __60__)
Account No: __XXX-XX-8503__

2. __Chloe TL LLC (Citibank) 2012__   Property Taxes Arrears Amount $ 1,751.06 x 0.25 % = 1,762.20
Address: 4747 executive Dr #510       Payment   $ __29.37__/month (Months __1__ to __60__)
         San Diego, CA 92121
Certificate No: __10177__

3. __Miami-Dade Tax Collector 2016__  Property Taxes Arrears Amount $ 1,395.62 x 18.00% = 2,126.40
Address: 140 W Flagler ST             Payment   $ __35.44__/month (Months __1__ to __60__)
         Miami, FL 33130
Parcel No: __04-2131-027-0040__

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To __60__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. __Internal Revenue Service [POC 2-1]__   Total Due $ 4,030.23
                                             Payable $ __73.28__/month (Months __6__ to __60__)

Unsecured Creditors: Pay $ 76.51 month (Months 6 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Capital One Auto Finance (2014 Chevy) is being paid outside the Chapter 13 Plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date: __05/26/17__